*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC ) <br> Debtor(s) ) <br> ) <br> Stephen J. Scherf, SBA Plan Trust Administrator of ) <br> SBA Plan Trust ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Revolutionary Recovery LLC ) <br> Defendant | Case No. 22−10609−amc <br> Chapter 11 <br><br><br><br> Adversary No. 24−00031−amc |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

    AND NOW, in accordance with Request for Entry of Default Judgment, Affidavit and Certificate of Serivce it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust and against Defendant, Revolutionary Recovery LLC, in the amount of Ten Thousand Six Hundred Fifty Two Dollars and Ten Cents ($10,652.10), plus cost in the amount of Three Hundred Fifty Dollars ($350.00) for a total sum of Eleven Thousand Two Dollars and Ten Cents ($11,002.10).

Date: August 2, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court